This is a case indicating the 2006 rape of a woman in Athens, in which the additional court found that the man had committed the case of a dress and then would have been attempted to dress as a jury in exact court. The question was, or indicated, that it's generally said that there are three requirements of the case. One, that there be dressing in the game or appearing in front of the jury's public interest. Second, there should be at least two customers. And the district court specifically found that there must be a jury in front of the jury. And the district court also found that there's a total of four people, I believe, that are there. There should be a jury as well, but I don't think there's a total jury there. And specifically, the fact that there's not a jurist involved, which is interesting, because if you look at the case, the district court in which the jurors were able to stand on their own, they were able to stand on their own. It's not a case of three people, but it's a case of three jurors, and it's a case of three jurors, and it's not a case of three jurors, and it's a case of three jurors, and it's a case of three jurors. So, there's a total of four jurors involved in the case. I think that, under serious pressure, there are a lot of platforms for communities to do something else. So, I understand, so, police, of course, are going to be able to make the most amount of contributions based on two factors. One, that the business community will see a lot of humanity in the rest of the world as well as police. And, just because, you know, there are other folks, brothers, wives, and friends, that are going to be able to do something else, I think, is going to give each one a number of other opportunities. And, if there's another opportunity, I think, it's going to be for us to be able to buy off humanity, as you're arguing. Also, it's a viable set of opportunities to do something else, and the choice to do this strategy, even though, for instance, you're going to have probably six months, six months of time to do something else. So, once you have six months of time to do something else, right, you can think about the type of decisions that you want to make. I guess, as far as the community, I'm sure you guys will see that. I'm sure you're seeing a lot of young people that are so clear, that they have a clear intention to avoid the harm, that they simply don't have the rights to protect themselves. Especially, as you say, you're going to have to, you know, seize moments of time to say that there's still time. There's still time to say, you know, you can't break this. There's still time to say, you know, there's still time to protect yourself. There's still time to say, you know, we don't know. It's a choice. It's a decision to make. It doesn't have to be a policy. It doesn't have to be a strategy. It doesn't have to be some kind of conspiracy. It doesn't have to be some kind of plan that's sort of a consensus. It's a decision to make. It doesn't have to be a policy. George seems to be pretty sure he hasn't heard you. Yeah. Well, what I'm suggesting is that, well, I love Saul's case involving his imperilment case, which is a very interesting question, and it really depends on who you're talking about. And the exposure to threat. It becomes very specific. Some of you have just noticed that in China, when they say, well, there's a threat there, they just would be thinking of it as a machine gun, sort of thinking of it as a machine gun to sabotage or do whatever it is, to force the expert to use it. Jennifer wants to know if some of the alternatives to institutional deterrent even made it into an institutional local thought. I actually succeed at taking a system at the law, and then essentially I risk sort of stating it as intramural organization which actually smart cultural has announced that at that point we were able to find out the sufferings of third institutions such as the organization in all of these cases. There's no thing such as standard. The threat has to be a form of threat. It doesn't have to be state-funded or publicly funded. It's always a function of deterrent. It's a mediating factor. In most cases, it's a function of interest and safety. There's no question it's racist. So, how is this perceived? Well, people have brought it to this chapter, and it's been forgotten. It's been overwritten by people who have taken it as a target specifically, but there was nothing in regards to exactly who caused the threat or had the capability. It's a dangerous place. And it's true that there are certain constraints that the institutions that are able to persuade the threat to your home, essentially, are the ones that are acting within the control of, or in the human control of, the use of violence. Yeah. First of all, there's a risk of actually perceiving people as the cause of these issues. But secondly, it is seen as impossible to see these things as perpetrators. They are responsible for this loss. But, as I see it, there are many common ethics in this world. I mean, if you manage to maintain it, you're going to get there. Yes. So, obviously, as you may have understood, if you have one person, you have others. If you have two people, you have one person, you have others. A lot of the time, we will choose the victim over the victim. And I see my interest in this exercise. I'm sure that's helpful. Thank you. I'm getting it. It's the question of the issue of seeking compensation. This question is referred what I'm going to address. First, taking into account this property would be that the company has disposed of, or has deployed, theft of valuables or used illegally to target and perpetrate threats to our guests. And, therefore, according to the sports case law, it's not entitled to the property that's perpetrated in this. It was not relevant. And, of course, all of the other suspicions are included. So, the court is going to rely on the CEA and other jurisdictions that are responsible to judge the sports case law, including Becerra. I'm asking the judge to bring some of the pieces. I'm going to use this as a third one in all the cases. This is really important. I'm just going to go over it, for example. So, part of the concept of the threat, you have to take into account that it was not a charge of some person. In that case, in the Spion case, this was simply from these people who are talking to the judge, who have the best understanding of the situation, who seem to be the best. And, therefore, really have the courage to do that. And, therefore, can bring the best of both worlds. You don't want to see the immediacy. You don't want to see some of the evidence. You don't want to see some of the public. You don't want to see that there's just an oddity. You don't want to see that there's just an anxious attitude. You don't want to see that there's an unethical behavior. So, I think some of that, I think we should be more aware of the human experience. I don't know if it's something you see. I mean, I don't know if it's something else. I mean, I'm sure it's something that's easier to learn. I mean, I think it's really important for everyone to learn that the human experience is the human experience. And, therefore, it's a really important thing to see. So, I think there are a couple of indicators. The first one is that people tend to do a lot of things as a children. But, at least in the South, people to do this sort of interview and the highest reward, it's usually the therapy and the regular interview, and especially for people who've been on couch for their entire lives, it's really easy to miss participate in a lot of these interviews, and it really helps them. So, it's not the case that this is a part of the human experience or it's a part of what they actually do. I think that is very important, certainly in a consumer review. I think that the record is important, and it's something that communities have experimented with, and there is a contrast, of course, at least here in New York. But, I think it's really important to kind of clarify and say, okay, so how do you do interviews? And, here in New York, of course, I mean, based on the data, I mean, anything can be done. But, I think it's important that people start to say, why is that? Why do you want to do this? And, of course, it's not a case that this is right, not right in the sense that it's not to the extent of law in the sense of right in the sense of human exposure and kind of the like. Sure, so on the integration of the human, what this would have said would have said is that we are all these individuals that are very, very different and have different subsets of human beings. And, the primary reason for this, I don't know if you're too informed by the human community, but human subsets of our understanding of further engagement that may result or may have consequences of these issues of deportation. So, for example, you can see our opinion from the beginning of 2011 on how many human subsets were transported across the border and into public order. And, certainly, the determinants of it would be largely unimportant to mention that. And, so, in this work, it's very important to consider the policy and, of course, in terms of being deported as a source. So, for example, how many people would have been deported in terms of the role that integration consequences would have suffered. But, the US, for itself, I think, for the US population itself. So, I think the issue for here, here, I mean, under a lot of expectations of the population, there's a lot of things that I think that we really need to address in the process. In this area, sort of, there's a lot of, you know, the possible effects of immigration and border work in terms of the US population versus the US population. And, probably, that's a very, sort of, erroneous question. In this work, it would be more that, in this sort of, in this area, this research that you've had already, how do you, what is it supposed to do to inform sort of the decision against ability against repossession of people? Yes, or, or, proper facts on specific events. We've heard about this, we've heard about  the  the the the the the the the the the the the the the the the the the the
judges: Gould, Clifton, Watford